**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1758**

———————

IHEANYI EKEKE,

                              Plaintiff - Appellant,

        versus

FEDERAL HOME LOAN MORTGAGE CORPORATION; FRANK
VETRANO; ANN SCHNARE; ROBERT PARKER,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-95-1665-A)

———————

Submitted:  September 11, 1997      Decided:  September 18, 1997

———————

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Iheanyi Ekeke, Appellant Pro Se.  Diane Marshall Ennist, FEDERAL
HOME LOAN MORTGAGE CORPORATION, McLean, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's adverse grant of summary judgment in Appellant's civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ekeke v. Federal Home Loan Mortgage Corp., No. CA-95-1665-A (E.D. Va. Apr. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2